## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

AMY HOLLOWAY                                             PLAINTIFF

v.                              No. 3:25-cv-42-DPM

TERRY-THOMAS FORD OF
BLYTHEVILLE LLC                                          DEFENDANT

### ORDER

Holloway's motion for default judgment, *Doc. 13*, is denied. Default judgments are disfavored. *Belcourt Public School District v. Davis*, 786 F.3d 653, 661 (8th Cir. 2015). The Court is not convinced that Holloway has achieved good service on Terry-Thomas Ford of Blytheville LLC. *Doc. 5.*

She says she served Terry-Thomas Ford by certified mail, return receipt requested. Ark. R. Civ. P. 4(g)(1)(A)(i). But the receipt must be signed by the addressee or its agent to show that the process was received. Ark. R. Civ. P. 4(g)(1)(A)(ii). Holloway's affidavit confirms that Michael Terry is the dealership's registered agent. *Doc. 5 at 41.* She has not established, however, that Michael Terry, or his agent, signed for the suit papers. The signature on the return receipt is illegible. And the person who signed didn't print their name on the receipt.

Holloway's ninety days to serve process has expired.  But, given her efforts to so, the Court reopens and extends her time for service to 12 November 2025.  Fed. R. Civ. P. 4(m).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_31 October 2025_