IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMY HOLLOWAY                                                               PLAINTIFF

v.                          No. 3:25-cv-42-DPM

TERRY-THOMAS FORD OF
BLYTHEVILLE LLC                                                            DEFENDANT

## ORDER

A few weeks ago, the Court reopened and extended Holloway's time for service on the dealership to 12 November 2025. *Doc. 15.* Holloway has not filed proof of service. Her remaining claims will therefore be dismissed without prejudice. Fed. R. Civ. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2025