IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMY HOLLOWAY                                                          PLAINTIFF

v.                          No. 3:25-cv-42-DPM

TERRY-THOMAS FORD
OF BLYTHEVILLE LLC; and
SANTANDER CONSUMER USA INC.                            DEFENDANT

## JUDGMENT

Holloway's complaint is dismissed with prejudice as to Santander Consumer USA Inc. and without prejudice as to Terry-Thomas Ford of Blytheville LLC.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 November 2025